**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-2475**

_____

In re: PAMELA D. PEEBLES,

Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Charlotte.  (3:25-cv-00503-MOC-DCK)

_____

Submitted:  January 5, 2026                          Decided:  January 15, 2026

_____

Before WILKINSON, KING, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Pamela D. Peebles, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela D. Peebles petitions for a writ of mandamus alleging that the district court has unduly delayed in ruling on her motion to remand. She seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny Peebles's mandamus petition and emergency motion for immediate relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*